MORGAN, LEWIS & BOCKIUS LLP
Brent A. Hawkins, CA Bar No. 314266
brent.hawkins@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

Aliza R. Karetnick (pro hac vice forthcoming)
aliza.karetnick@morganlewis.com
2222 Market Street
Philadelphia, PA 19103
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

*Attorneys for Plaintiff*
*Manus Bio Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manus Bio Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Sweegen, Inc., <br><br> Defendant. | Case No. 8:24-cv-01921 DOC (JDEx) <br><br> **NOTICE OF APPLICATION AND PLAINTIFF'S OPPOSED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** <br><br> Judge:   Hon. John D. Early <br> Courtroom:   6A <br><br> Action filed:  September 4, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF'S NOTICE OF APPLICATION
AND OPPOSED EX PARTE APPLICATION
FOR TRO AND OSC RE: PI

**TO:  THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Manus Bio Inc. ("Manus"), by and through counsel, will and hereby does apply to the above-captioned court, located at 411 West 4th Street, Room 1053, Santa Ana, CA 92701-4516, pursuant to Fed. R. Civ. P. 65(b) and L.R. 65-1, for a temporary restraining order against Defendant Sweegen, Inc. ("Sweegen") enjoining it and all others in concert or participation with Sweegen from making any false or misleading claims regarding Manus or its product, NutraSweetM Natural® ("NutraSweetM"), and requiring Sweegen to take down all website social media posts relating to Manus or NutraSweetM.

Manus further seeks the issuance of an order to show cause why a preliminary injunction should not issue, as follows:

1.    Preliminarily enjoining Sweegen and its officers, directors, agents, employees, attorneys, successors, and assigns, and all others in active concert or participation with any of them, from:

a.    Making any false or misleading claims regarding Manus or NutraSweetM;

b.    Making any statements, written or spoken, that (i) Manus is engaged in misconduct regarding its labeling, advertising or representations

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFF'S NOTICE OF APPLICATION
AND OPPOSED EX PARTE APPLICATION
FOR TRO AND OSC RE: PI

relating to NutraSweetM, (ii) NutraSweetM is not made from Reb M, or (iii) NutraSweetM is not made via bioconversion;

    c.    Maintaining the Press Releases published in any print or digital format, including Sweegen's website, LinkedIn and other social media accounts; and

    d.    Spreading, directly or indirectly, the claims in the Press Releases to any customers or consumers.

    e.    Requiring Sweegen to issue a corrective press release no later than 15 days after a preliminary injunction is entered retracting its false claims about Manus and NutraSweetM.

    f.    Requiring Sweegen to issue a corrective statement no later than 15 days after an injunction is issued to each of the customers or consumers Sweegen directly communicated its false claims about Manus and NutraSweetM.

2.    Sweegen shall show cause on _____2024, at _____ , why a preliminary injunction should not issue requiring Sweegen to act as described above.

3.    The temporary restraining order shall remain effective until such time as the Court has ruled on whether a preliminary injunction should issue.  Such relief is necessary to prevent Sweegen from continuing its libelous campaign against

Manus, from further interfering with Manus's existing and prospective contracts and business relationships, and from continuing the irreparable harm to Manus and its goodwill regarding its reputation, processes and products, in particular NutraSweetM, pending trial on the merits of Manus's claims.

4.      This Application is made on the grounds that Manus is likely to succeed on the merits, Manus will suffer irreparable harm without injunctive relief, the balance of equities tips sharply in Manus's favor, and the relief sought is in the public interest.  Good cause exists to issue the requested Order to preserve Manus's goodwill and reputation in trade and to avoid irreparable harm to the same.

5.      This Application is supported by the Memorandum of Points of Authorities, the Verified Complaint and the accompanying declaration of Brent A. Hawkins, Esq., and all exhibits attached thereto, and by any such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

6.      Manus further requests that the Court waive any bond requirement, because enjoining Sweegen from violating Manus's rights will not financially impact Sweegen.

7.      The Complaint in this action and this Application were filed on Wednesday, September 4, 2024.  Pursuant to this Court's Chambers' Rules, any opposition to an ex parte application for temporary restraining order is due no later

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

PLAINTIFF'S NOTICE OF APPLICATION
AND OPPOSED EX PARTE APPLICATION
FOR TRO AND OSC RE: PI

than 24 hours after service and such applications are rarely set for hearing.

8.     As reflected in the accompanying declaration of Brent A. Hawkins, Esq., Sweegen is known to be represented by outside counsel, Felix T. Woo, Esq., FTW Law Group.  Manus will provide courtesy copies via email of the Complaint, Summons, and this application on Sweegen's counsel, and will contemporaneously serve all documents on Sweegen.  Manus will file a Proof of Service.

Dated:     September 4, 2024                Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP
                                            Brent A. Hawkins
                                            Aliza R. Karetnick


                                            By   */s/ Brent A. Hawkins*
                                                 Brent A. Hawkins
                                                 Attorneys for Plaintiff
                                                 Manus Bio Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5