MORGAN, LEWIS & BOCKIUS LLP
Brent A. Hawkins, CA Bar No. 314266
brent.hawkins@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Aliza R. Karetnick (pro hac vice forthcoming)
aliza.karetnick@morganlewis.com
2222 Market Street
Philadelphia, PA 19103
Tel:    +1.215.963.5000
Fax:   +1.215.963.5001

*Attorneys for Plaintiff*
*Manus Bio Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manus Bio Inc., | Case No. 8:24-cv-01921 DOC (JDEx) |
| Plaintiff, | **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |
| vs. | |
| Sweegen, Inc., | |
| Defendant. | Judge:      Hon. John D. Early |
| | Courtroom:   6A |
| | Action filed: September 4, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having reviewed Plaintiff Manus Bio Inc.'s ("Manus") Application for a Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction, and good cause appearing, the application is hereby **GRANTED**.

1.    Defendant, its officers, directors, agents, employees, attorneys, successors, and assigns, and all others in active concert or participation with any of them, are immediately restrained and enjoined from making any false or misleading claims regarding Manus or NutraSweetM, including:

a. Making any statements, written or spoken, that (i) Manus is engaged in misconduct regarding its labeling, advertising or representations relating to NutraSweetM, (ii) NutraSweetM is not made from Reb M, or (iii) NutraSweetM is not made via bioconversion;

b. Maintaining the Press Releases published in any print or digital format, including Sweegen, Inc.'s ("Sweegen") website, LinkedIn and other social media accounts; and

c. Spreading, directly or indirectly, the claims in the Press Releases to any customers or consumers.

2.    If Defendant fails to show cause why the preliminary injunction should not issue, in addition to enjoining Defendant as described in Paragraph 1 (a) through (c) above, Defendant shall be required to issue a corrective press release no later than 15 days after a preliminary injunction is entered, retracting its false

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] TEMPORARY
RESTRAINING ORDER & ORDER TO
SHOW CAUSE REGARDING
PRELIMINARY INJUNCTION

claims about Manus and NutraSweetM.

3.      Defendant shall further be required to issue a corrective statement no later than 15 days after an injunction is issued to each of the customers or consumers Sweegen directly communicated its false claims about Manus and NutraSweetM.

4.      Defendant shall show cause on _____2024, at _____ , why a preliminary injunction should not issue requiring Defendant to act as described above.

5.      The temporary restraining order shall remain effective until such time as the Court has ruled on whether a preliminary injunction should issue.  Such relief is necessary to prevent Defendant from continuing its alleged libelous campaign against Manus, from further alleged interfering with Manus' existing and prospective contracts and business relationships, and from continuing any alleged irreparable harm to Manus and its goodwill regarding its reputation, processes and products, in particular NutraSweetM, pending trial on the merits of Manus' claims.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] TEMPORARY
RESTRAINING ORDER & ORDER TO
SHOW CAUSE REGARDING
PRELIMINARY INJUNCTION

**IT IS SO ORDERED.**

Dated: _____          _____
                                      Hon. John D. Early

                                      United States District Judge

[PROPOSED] TEMPORARY
RESTRAINING ORDER & ORDER TO
SHOW CAUSE REGARDING
PRELIMINARY INJUNCTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO